**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

United States Court of Appeals
Fifth Circuit

**F I L E D**

December 19, 2011

No. 11-30268
Conference Calendar

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

JOSHUA JEROME WHITE,

Defendant-Appellant

Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:10-CR-147-1

Before KING, HAYNES, and GRAVES, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Joshua Jerome White has moved for
leave to withdraw and has filed a brief in accordance with *Anders v. California*,
386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011).
White has filed a response in which he requests credit against his sentence for
the time spent in custody after his arrest.  We have reviewed counsel's brief and
the relevant portions of the record reflected therein, as well as White's response.
We concur with counsel's assessment that the appeal presents no nonfrivolous

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

No. 11-30268

issue for appellate review.  Further, 28 U.S.C. § 2241 is the proper procedural vehicle for obtaining credit for prior custody.  *United States v. Cleto*, 956 F.2d 83, 84 (5th Cir. 1992).  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  *See* 5TH CIR. R. 42.2.